# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL A. BERGER,** *et al.* | : CIVIL ACTION |
| v. | : NO. 19-1540 |
| **PHILADELPHIA PARKING AUTHORITY,** *et al.* | : |

## ORDER

**AND NOW**, this 18th day of September 2019, upon considering the Defendants Philadelphia Parking Authority, Office of General Counsel for the Philadelphia Parking Authority, Dennis G. Weldon, Jr., Esquire, Bryan L. Heulitt, Jr., Esquire, and City of Philadelphia/Bureau of Administrative Adjudication's Motions to dismiss (ECF Doc. Nos. 36, 37), Plaintiffs' Opposition (ECF Doc. No. 40), Defendants' Reply (ECF Doc. No. 43), Plaintiffs' Supplemental Authority (ECF Doc. No. 44), Defendants' Sur-Reply filed with leave (ECF Doc. No. 46), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions to dismiss (ECF Doc. Nos. 36, 37) are **GRANTED**.

_____
KEARNEY, J.